Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WANDA RAMIREZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>MCS CLAIM SERVICES, INC. and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 2:20-cv-05752-MCA-MAH<br><br>**CIVIL ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Please take notice that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff in the above captioned matter hereby voluntarily dismisses this action with prejudice. Defendant in the above captioned matter has not served an answer or a motion for summary judgment as of this time.

*/s Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff

Dated: September 28, 2020

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  9/30/20